**FILED**
MAY -1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1402-WQH |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| HECTOR CRUZ-SANCHEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 2, 2008, within the Southern District of California, defendant HECTOR CRUZ-SANCHEZ, did knowingly and intentionally import [100 kilograms or more, to wit:] approximately 172.28 kilograms (379.016 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED:  May 1, 2008 .

KAREN P. HEWITT
United States Attorney

*/s/ John T. Wen*

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
5/1/08