AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| HECTOR CRUZ-SANCHEZ | CASE NUMBER: 08CR1402-WQH |

I, HECTOR CRUZ-SANCHEZ, the above named defendant, who is accused of committing the following offense:

> Importation of marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5-1-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Hector Cruz
Defendant

Counsel for Defendant

Before _____
Judicial Officer