1  KAREN P. HEWITT
   United States Attorney
2  GEORGE V. MANAHAN
   Assistant United States Attorney
3  California State Bar No. 239130
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  (619) 557-7174 (Phone)        (619) 235-2757 (Fax)
   E-mail: George.Manahan@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )    Criminal Case No. 08-cr-1402-WQH
                                       )
11                  Plaintiff,         )
                                       )    NOTICE OF APPEARANCE
12          v.                         )
                                       )
13 HECTOR CRUZ-SANCHEZ,                )
                                       )
14                  Defendant.         )
                                       )
15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18         I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20         Effective this date, the following attorneys are no longer associated with this case and should

21 not receive any further Notices of Electronic Filings relating to activity in this case:

22         U S Attorney CR.

23      Please feel free to call me if you have any questions about this notice.

24      DATED:  June 18, 2008.

25                                               KAREN P. HEWITT
                                                 United States Attorney
26

27                                               s/ George V. Manahan
                                                 George V. Manahan
28                                               Assistant United States Attorney

                                                 08-cr-1402-WQH

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>HECTOR CRUZ-SANCHEZ,  )<br>  )<br>           Defendant.  )<br>_____) | Criminal Case No. 08-cr-1402-WQH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, George Manahan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

        John C Lemon
        Law Office of John C Lemon
        1350 Columbia Street
        Suite 600
        San Diego, CA 92101
        Email: jlemon@san.rr.com
        Attorney for Defendant

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on June 18, 2008.

                                                s/ *George V. Manahan*
                                                GEORGE V. MANAHAN